UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ / CASE NO. **5:06-mj-00005 TAG**
~~JUDGMENT~~
**ORDER TO PAY**

Ct. 1 = Dismissed
Ct. 2 = Infraction

Christin Ann Hope Elliott

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
City _____ Kern County _____ State _____ Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

~~DATE: _____     _____~~
                              ~~DEFENDANT'S SIGNATURE~~

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO. **5:06-mj-00005 TAG**   FINE **$150.00**   ASGMT. **$5.00**
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) FINE TOTAL of $ **150.00** and a penalty assessment of $ **5.00** within **30** (days) ~~months~~ or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
(✓) Ct. One dismissed.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982~~

~~CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814~~

CLERK, USDC
~~1130 O Street, Rm 5000~~
Fresno, CA 93721
2500 Tulare St.

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: **6/8/2006**     for: U.S. MAGISTRATE JUDGE

Clerk's Office                                   EDCA - 03 Rev 8/97